FILED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA 2019 NOV 27 PM 4: 21

CIVIL DISTRICT COURT

NUMBER: 19 – 12 3 9 7

CIVIL DIVISION:

JURY TRIAL

CHERYL ROMANO AND WAYNE ROMANO

V.

JAZZ CASINO COMPANY, LLC, JCC HOLDING COMPANY II, LLC, HARRAH'S NEW ORLEANS CASINO, HARRAH'S NEW ORLEANS MANAGEMENT COMPANY, LLC, CEOC, LLC, CAESARS LICENSE COMPANY, LLC, CAESARS ENTERTAINMENT, INC., CEASARS ENTERTAINMENT OPERATING COMPANY, INC., CAESARS ENTEERPRISE SERVICES, LLC, CAESARS RESORT COLLECTION, LLC

FILED: _____        _____

DEPUTY CLERK

---

### PETITION FOR DAMAGES WITH DISCOVERY

---

NOW INTO COURT, through undersigned counsel, come CHERYL ROMANO, and her spouse, WAYNE ROMANO , persons of the full age of majority and domiciled in the State of Illinois ("Plaintiffs") and bring this legal action against the named defendants seeking personal injury damages and on information and belief, aver as follows:

### THE DEFENDANTS

I.

The Defendants in their respective capacities are as follows (collectively referred to as the "Defendants"):

1.    JAZZ CASINO COMPANY, LLC, a domestic, Louisiana company authorized to do and doing business in the State of Louisiana and at all times materially pertinent to these proceedings is the owner, operator and/or the manager of the gambling facility/casino located at the foot of Canal Street in New Orleans, Louisiana (8 Canal Street) ("Casino") which has appointed the Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802 as its registered agent for service of process..



2.      **JCC HOLDING COMPANY II, LLC**, a Nevada company authorized to do and doing business in the State of Louisiana and at all times materially pertinent to these proceedings is the owner, operator and/or the manager of the gambling facility/casino located at the foot of Canal Street in New Orleans, Louisiana (8 Canal Street) which has appointed the Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802 as its registered agent for service of process.

3.      **HARRAH'S NEW ORLEANS CASINO**, a Nevada company authorized to do and doing business in the State of Louisiana and at all times materially pertinent to these proceedings is the owner, operator and/or the manager of the gambling facility/casino located at the foot of Canal Street in New Orleans, Louisiana (8 Canal Street) ("Casino") which has appointed the Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802 as its registered agent for service of process.

4.      **HARRAH'S NEW ORLEANS MANAGEMENT COMPANY, LLC**, a Nevada company authorized to do and doing business in the State of Louisiana and at all times materially pertinent to these proceedings is the owner, operator and/or the manager of the gambling facility/casino located at the foot of Canal Street in New Orleans, Louisiana which has appointed the Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802 as its registered agent for service of process.

5.      **CEOC, LLC**, a Nevada company authorized to do and doing business in the State of Louisiana and at all times materially pertinent to these proceedings is the owner, operator and/or the manager of the gambling facility/casino located at the foot of Canal Street in New Orleans, Louisiana which has appointed the Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802 as its registered agent for service of process.

6.      **CAESARS LICENSE COMPANY, LLC**, a Nevada company authorized to do and doing business in the State of Louisiana and at all times materially pertinent to these proceedings is the owner, operator and/or the manager of the gambling facility/casino located at the foot of Canal Street in New Orleans, Louisiana which has appointed the Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802 as its registered agent for service of process.

7.      CAESARS ENTERTAINMENT, INC., a Nevada company authorized to do and doing business in the State of Louisiana and at all times materially pertinent to these proceedings is the owner, operator and/or the manager of the gambling facility/casino located at the foot of Canal Street in New Orleans, Louisiana which has appointed the Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802 as its registered agent for service of process.

8.      CEASARS ENTERTAINMENT OPERATING COMPANY, INC., a Nevada company authorized to do and doing business in the State of Louisiana and at all times materially pertinent to these proceedings is the owner, operator and/or the manager of the gambling facility/casino located at the foot of Canal Street in New Orleans, Louisiana which has appointed the Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802 as its registered agent for service of process..

9.      CAESARS ENTERPRISE SERVICES, LLC, a Nevada company authorized to do and doing business in the State of Louisiana and at all times materially pertinent to these proceedings is the owner, operator and/or the manager of the gambling facility/casino located at the foot of Canal Street in New Orleans, Louisiana which has appointed the Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802 as its registered agent for service of process..

10.     CAESARS RESORT COLLECTION, LLC, a Nevada company authorized to do and doing business in the State of Louisiana and at all times materially pertinent to these proceedings is the owner, operator and/or the manager of the gambling facility/casino located at the foot of Canal Street in New Orleans, Louisiana which has appointed the Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802 as its registered agent for service of process..

<u>JURISDICTION AND VENUE</u>

II.

Jurisdiction is appropriate in a Louisiana court pursuant to Louisiana Code of Civil Procedure Articles 1, 2 and 6.

Venue is appropriate in Orleans Parish pursuant to the Louisiana Code of Civil Procedure Articles 42 and 74.

<u>NATURE OF THE CASE</u>

III.

Page 3 of 9

This is a suit for personal injury damages against the Defendants for their negligence and strict liability for failing to provide patrons and invitees such as **CHERYL ROMANO** with a safe place in its business establishment in which to enjoy the Casino's entertainment and in creating a defective, dangerous and ultra-hazardous condition which caused **CHERYL ROMANO** to incur serious injuries. **WAYNE ROMANO** is the spouse of CHERYL ROMANO. WAYNE ROMANO has and will continue to provide healing support for his wife. As such, he is seeking loss of consortium damages allowed by Louisiana law. The Defendants have violated numerous laws of the State of Louisiana, including, but not limited to the following: (1) R.S. 9:2800.6, (2) C.C. Art. 660, (3) C.C. Art. 2317, (4) C.C. Art. 2317.1, (5) C.C. Art. 2322, and (6) C.C. Art. 2315.

<u>FACTS</u>

**IV.**

On or about January 25, 2019, Plaintiff, CHERYL ROMANO, an invitee, guest and patron of the Defendants, was walking through the aisles of the Casino, enjoying the entertainment provided by the Defendants, when she tripped and fell on an electrical cord which had been negligently and improperly placed in its location by the Defendants, creating a dangerous, ultra-hazardous and defective condition. The fall caused CHERYL ROMANO to incur serious and debilitating injuries. She was transported from the Casino by ambulance to a local hospital where she underwent extensive surgery.

**V.**

**CHERYL ROMANO** did not see or notice the electrical cord or the dangerous condition created by the Defendants nor should she have seen the dangerous condition.

**VI.**

The Defendants either created or had actual or constructive notice of the unsafe conditions prior to the occurrence which caused the damages and injuries to CHERYL ROMANO.

**VII.**

The Defendants failed to exercise reasonable care to keep the restaurant's aisles, passageways and floors in a reasonably safe condition. The Defendants failed to take reasonable efforts to keep the premises free of any hazardous conditions which reasonably might have given rise to the accident made the subject of this litigation.

Page 4 of 9

## COUNT 1

### MERCHANT LIABILITY

#### VIII.

The Defendants have violated LA-R.S. 9:2800.6 and are therefore liable for the damages and injuries incurred by the Plaintiff.

## COUNT 2

### STRICT PREMISES LIABILITY

#### IX.

The presence of the electrical cord on the floor created an unreasonably defective condition in the premises which were known by or should have been known by the Defendants prior to the accident. According to C.C. Art. 660, 2317, 2317.1, and 2322 the Defendants are bound to keep their buildings and premises in repair so that their defects, ruin, fall or that of any part of their materials may not cause damage to a patron. The Defendants knew or, in the exercise of reasonable care, should have known of the vices and defects which caused the injuries to CHERYL ROMANO. The fall and injuries could have been prevented by the exercise of reasonable care and the Defendants failed to exercise such reasonable care. The Defendants have violated C.C. Art. 660, 2317, 2317.1 and 2322 AND are therefore liable for the damages and injuries incurred by the Plaintiffs.

## COUNT 3

### NEGLIGENCE

#### X.

The presence of the electrical cord on the floor and the creation of the dangerous and defective condition and MS. ROMANO'S fall were due to the negligent acts of commission and/or omission of the Defendants in the following manners:

1. Failing to properly and reasonably maintain the floors, premises and other parts of the Casino;

2. Allowing an electrical cord to exist on the floors, creating an unreasonably, defective and dangerous condition;

3. Failing to cordon-off, isolate, and/or barricade the unreasonably dangerous areas or to otherwise prevent patrons from entering the unreasonably dangerous zones created by the presence of the electrical cord;

4. Failing to properly warn of the unreasonably dangerous conditions created by the electrical cord;

5. Failing to do what they should have done;

6. Failing to see what they should have seen;

7. Failing to properly manage and supervise the casino;

8. Failing to comply with local, state and federal rules, regulations, ordinances and laws;

9. Any and all other acts of negligence to be shown during the trial of this matter.

<u>**DAMAGES**</u>

XI.

**CHERYL ROMANO** seeks the following damages:

1. Past, Present and Future Physical Pain and Suffering;

2. Past, Present and Future Mental Pain and Suffering;

3. Permanent and/or Partial Disability;

4. Past, Present and Future Medical Expenses;

5. Loss of Enjoyment of Life;

6. Loss of Income and Earnings:

7. Loss of Earning Capacity;

8. Any other damages allowed by Louisiana law.

**WAYNE ROMANO** seeks the following damages:

1. Loss of consortium damages;

2. Loss of earnings, income and earning capacity.

**LIABILITY**

**XII.**

The Defendants are individually, jointly, severally and *in-solido* liable for the injuries and damages incurred by the Plaintiffs.

**JURY TRIAL**

**XIII.**

The Plaintiffs request trial by Jury on all matters and issues.

**RELIEF SOUGHT**

WHEREFORE, PREMISES CONSIDERED, Plaintiff, CHERYL ROMANO and her spouse, WAYNE ROMANO demand and pray for a judgment in an amount to be determined by these proceedings of, from and against Defendants, JAZZ CASINO COMPANY, LLC, JCC HOLDING COMPANY II, LLC, HARRAH'S NEW ORLEANS CASINO, HARRAH'S NEW ORLEANS MANAGEMENT COMPANY, LLC, CEOC, LLC, CAESARS LICENSE COMPANY, LLC, CAESARS ENTERTAINMENT, INC., CEASARS ENTERTAINMENT OPERATING COMPANY, INC., CAESARS ENTEERPRISE SERVICES, LLC, CAESARS RESORT COLLECTION, LLC, individually, jointly, severally and *in-solido*.

Plaintiffs further prays that Defendants, JAZZ CASINO COMPANY, LLC, JCC HOLDING COMPANY II, LLC, HARRAH'S NEW ORLEANS CASINO, HARRAH'S NEW ORLEANS MANAGEMENT COMPANY, LLC, CEOC, LLC, CAESARS LICENSE

COMPANY, LLC, CAESARS ENTERTAINMENT, INC., CEASARS ENTERTAINMENT

OPERATING COMPANY, INC., CAESARS ENTEERPRISE SERVICES, LLC, CAESARS

RESORT COLLECTION, LLC, be served with this Petition for Damages and summons/citation

and after being duly cited to appear and answer, and after the expiration of all legal delays and due

proceedings, that there be trial by jury and judgment rendered against the Defendants and in favor

of the Plaintiffs for all damages allowed by Louisiana law, plus costs, expenses, court costs, expert

fees, attorneys' fees and  interest from the date of judicial demand until paid.

The Plaintiffs further prays for any and all other general and equitable relief.


RESPECTFULLY SUBMITTED,


James J. Carter, *Esq.* (LSBA #26841)
*JAMES CARTER & ASSOCIATES, LLC*
1100 Poydras Street, Suite 1160
New Orleans, Louisiana 70163
Telephone:  (504) 324-4400
Facsimile:  (504) 302-4299
Email:  jcarter@jamescarterlawfirm.com

-and-

Edward D. Markle, Esq. (LSBA #8919)
*MARKLE & ASSOCIATES, APLC*
3506 Washington Ave., Suite F
Gulfport, Mississippi 39507
Telephone: 504-388-5848
Email:  emarkle@msn.com

**ATTORNEYS FOR PLAINTIFFS**

<u>PLEASE SERVE:</u>

**JAZZ CASINO COMPANY, LLC**
**through its agent for service of process**
**Corporation Service Company**
**501 Louisiana Ave.**
**Baton Rouge, LA 70802**

**JCC HOLDING COMPANY II, LLC**
**through its agent for service of process**
**Corporation Service Company**

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

501 Louisiana Ave.
Baton Rouge, LA 70802

HARRAH'S NEW ORLEANS CASINO
through its agent for service of process
Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA 70802

HARRAH'S NEW ORLEANS MANAGEMENT COMPANY, LLC
through its agent for service of process
Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA 70802

CEOC, LLC
through its agent for service of process
Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA 70802

CAESARS LICENSE COMPANY, LLC
through its agent for service of process
Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA 70802

CAESARS ENTERTAINMENT, INC
through its agent for service of process
Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA 70802

CEASARS ENTERTAINMENT OPERATING COMPANY, INC.
through its agent for service of process
Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA 70802

CAESARS ENTERPRISE SERVICES, LLC
through its agent for service of process
Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA 70802

CAESARS RESORT COLLECTION, LLC
through its agent for service of process
Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA 70802

FILED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

2019 DEC -3 PM 4: 42

STATE OF LOUISIANA

CIVIL
DISTRICT COURT

NUMBER: _____ DIVISION: _____

JURY TRIAL

CHERYL ROMANO AND WAYNE ROMANO

V.

JAZZ CASINO COMPANY, LLC, JCC HOLDING COMPANY II, LLC, HARRAH'S
NEW ORLEANS CASINO, HARRAH'S NEW ORLEANS MANAGEMENT COMPANY,
LLC, CEOC, LLC, CAESARS LICENSE COMPANY, LLC, CAESARS
ENTERTAINMENT, INC., CAESARS ENTERTAINMENT OPERATING COMPANY,
INC., CAESARS ENTEERPRISE SERVICES, LLC, CAESARS RESORT
COLLECTION, LLC

FILED: _____      _____

DEPUTY CLERK

## INTERROGATORIES TO DEFENDANTS ATTACHED TO PETITION

NOW INTO COURT, through undersigned counsel, come CHERYL ROMANO AND
WAYNE ROMANO and propound the following Interrogatories to the Defendants, to be answered
fully, _separately_, in writing and under oath. Said answers are to be served on undersigned counsel
within the time allowed by law, pursuant to the provisions of the Louisiana Rules of Civil
Procedure. These Interrogatories are to be deemed continuing and should Defendants obtain any
other information which would add to or change the answers supplied hereto, you are directed to
give timely notice of such information and to furnish such information to Plaintiffs without delay.

### DEFINITIONS

A.   "Person(s)" as used in this discovery includes human beings, corporations,
partnerships, associations, joint ventures, government agencies (federal, state or local) or any
other organization or entity cognizable at law, and where an employee performs some task about
which an inquiry is made in these interrogatories as part of his employment, "person(s)" includes
both the employing and employed person(s).

B.   "Document(s)" includes every writing and record of every type or description,
including, but not limited to, letters, correspondence, telegrams, memos, diaries, contracts, files,

Page 1 of 6

notes, reports, bills, invoices, drawings, photographs, videotapes, schematics, blueprints, plans, books, manuals, recordings (mechanical, electronic, typed or written), tape recordings, transcriptions, printed, typed, or written materials of every kind (including carbon, photostatic, microfilm, or other copies of any of them), electronic data, computer data, internet data, emails, memos, network data, electronic communications and any other data compilation from which information can be obtained or translated, if necessary, by the respondent into reasonably useable form, whether in your possession subject to your control, or believed by you to exist. If you claim any type of legal privilege, please describe the document withheld from production, the date of the document, the author, the recipient, and the reasons for claiming the privilege.

   C. "Describe" or "Identify", as used in reference to any document(s) or tangible evidence, includes stating the title or name, date, time, author of any document, the common name, manufacturer, owner and identifying number of any object, the name and address of the person(s) having possession of the original at the present time, and a statement as to whether the party responding has the original or a copy, In identifying a document or any tangible evidence that once was, but no longer is, in the possession of or subject to the control of the party responding, state what disposition was made of the said document or tangible evidence.

   D. A request to "Identify" person(s) requires you to give the person's name, job title, social security number, telephone number, and present address, if known, or last known address, the name and address of his or her employer, and the name and address of any counsel representing him or her in connection with the matters at issue in this case. With respect to a person that you do not have such information about, but who you can give a physical description of, please do so, stating at least his or her race, sex, approximate age, approximate height, length of hair, color of hair, any distinguishing features (such as a beard, a moustache, glasses, any unusual mark or apparent disability or disfigurement, etc.), and clothing worn when you last saw him or her (stating when that was).

   E. The "Accident" is the accident and injury/damage which is described in Plaintiffs' Petition for Damages.

   F. "Casino" means the gaming/gambling establishment located at the foot of Canal Street, New Orleans, Louisiana known as "Harrah's Casino".

**INTERROGATORY NO. 1:**

Please state the full name, current address, and telephone number of all persons providing information and/or documents in which to respond to this discovery.

**INTERROGATORY NO. 2:**

Please provide the name, address and telephone number of any and all persons, company, corporation, partnership, Limited Liability Company, joint venture or other legal entity that: (1) owns the Casino and (2) operates the Casino.

**INTERROGATORY NO. 3:**

Was an accident or incident report written relating to the Accident? If so, please state the name, address, telephone number and employer of the person who authored the report, the date of the report, the name of any person(s) who signed the report and the name and address of the person who has custody of the report.

**INTERROGATORY NO. 4:**

On the day of the Accident, was any part of the premises or Casino being repaired, remodeled, fixed, mended, restored, or otherwise worked on? If so, describe in detail the portion of the premises being repaired, remodeled, fixed, mended, restored, or otherwise worked on and describe in detail the specific part of the premises involved and what was being done to the item or items and include the name, address and telephone number of all persons conducting any such work.

**INTERROGATORY NO. 5:**

Please state the full name and last known address, giving the street, street number, city and state of every witness known to you who has knowledge regarding the facts and circumstances surrounding the happening of the Accident including, but not limited to, eyewitnesses to such event, as well as medical witnesses and other persons having knowledge thereof. If any of the witnesses you list or any you propose to use at the trial hereof are related to you or to each other, please state the nature of such relationship.

**INTERROGATORY NO. 6:**

Please state the names, addresses and telephone number of all expert witnesses you intend to call or may call at the trial of this case and, with respect to each witness, please state:

The subject matter on which each expert is expected to testify; and the substance of the facts and opinions to which each expert is expected to testify; and whether the expert has ever testified on your behalf in any legal proceeding or has ever issued an expert report for or on your behalf.

Page 3 of 6

**INTERROGATORY NO. 7:**

For the ten (10) years preceding the Accident, have there been any accidents that have occurred at the Casino located at 8 Canal Street, New Orleans, Louisiana 70130? If yes, please provide the following:

(a) The name, address and telephone number of the manager of the Casino;

(b) The name, address and telephone number of the person(s) involved in the accident;

(c) A description of the accident;

(d) Whether an accident report was filed;

(e) The names, addresses and telephone numbers of all witnesses.

**INTERROGATORY NO. 8:**

Please state the name and address of any and all persons that you will or may call as a witness at the trial of this case and provide a detailed statement of the nature of their testimony.

**INTERROGATORY NO. 9:**

Please describe in detail any documents that you may introduce or use at the trial of this case.

**INTERROGATORY NO. 10:**

Please describe in detail the legal relationship, if any, by and/or between all of the Defendants.

**INTERROGATORY NO. 11:**

Please state the names, addresses and telephone numbers of all Casino employees on the premises of the Casino on the day of the Accident.

**INTERROGATORY NO. 12:**

Please describe in detail the steps or actions that the Defendants took to barricade or cordon off the area around the Accident area in order to prevent patrons from entering or walking over or through the area.

**INTERROGATORY NO. 13:**

When did you first receive knowledge or notice of the Accident? State the name, address and employer of the person who gave this knowledge to you. Please describe in detail your actions after learning of the Accident.

**INTERROGATORY NO. 14:**

Please describe in detail any investigation into the cause of the Accident conducted by you or anyone on your behalf. Also, please describe in detail any documents created by you or anyone on your behalf that relates to or describes the Accident.

**INTERROGATORY NO. 15:**

Are any video and photographic equipment installed in or on the Casino premises? If so, please state the exact location of the equipment and whether the equipment recorded all or any portion of the Accident. Please state the name, address, telephone number and employer of the person(s) who has custody of any video or photograph recorded by the equipment on the day of the Accident.

**INTERROGATORY NO. 16:**

Please state the date, time and location of the Accident and describe in detail how the Accident occurred and what caused the Accident. Please state the names, addresses and telephone numbers of any and all witnesses to the Accident as well as people that may have information about or concerning the Accident.

**INTERROGATORY NO. 17:**

Please describe in detail where the electrical cord that was on the floor at the time of the Accident came from. Please describe the steps that you took to locate the electrical cord to a non-hazardous location before, during and after the Accident.

**INTERROGATORY NO. 18:**

Please describe in detail the type and location of any warning signs or devices that had been placed to warn patrons of the presence of the electrical cord, the person who installed the warning signs or devices, the reasons for installing the warnings, the time of installation of the warnings and any modifications, relocation or alteration of the warning after the accident.

**INTERROGATORY NO. 19:**

Please state the name, address and telephone number of all insurance companies that provided you with liability insurance including all excess and umbrella insurance for the years

2016, 2017, 2018, and 2019 and provide the limits of coverage, the amount of the deductible, and the named insureds stated in each policy.

**INTERROGATORY NO. 20:**

Please state the name, address, telephone number and employer of all persons who installed or placed the electrical cable/cord in the location shown in the photograph attached hereto as Exhibit "1".

RESPECTFULLY SUBMITTED,

James J. Carter, *Esq.* (LSBA #26841)
*JAMES CARTER & ASSOCIATES, LLC*
1100 Poydras Street, Suite 1160
New Orleans, Louisiana 70163
Telephone: (504) 324-4400
Facsimile: (504) 302-4299
Email: jcarter@jamescarterlawfirm.com

-and-

Edward D. Markle, Esq. (LSBA #8919)
*MARKLE & ASSOCIATES, APLC*
3506 Washington Ave., Suite F
Gulfport, Mississippi 39507
Telephone: 504-388-5848
Email: emarkle@msn.com

**ATTORNEYS FOR PLAINTIFFS**





FILED

2019 DEC -3 PM 4: 42

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA  CIVIL
DISTRICT COURT

NUMBER:                                             · DIVISION:

JURY TRIAL

CHERYL ROMANO AND WAYNE ROMANO

V.

JAZZ CASINO COMPANY, LLC, JCC HOLDING COMPANY II, LLC, HARRAH'S
NEW ORLEANS CASINO, HARRAH'S NEW ORLEANS MANAGEMENT COMPANY,
LLC, CEOC, LLC, CAESARS LICENSE COMPANY, LLC, CAESARS
ENTERTAINMENT, INC., CEASARS ENTERTAINMENT OPERATING COMPANY,
INC., CAESARS ENTEERPRISE SERVICES, LLC, CAESARS RESORT
COLLECTION, LLC

FILED: _____      _____
                                                        DEPUTY CLERK

## REQUEST FOR PRODUCTION TO DEFENDANTS

NOW INTO COURT, through undersigned counsel, come CHERYL ROMANO AND

WAYNE ROMANO and propound the following Request for Production to the Defendants, to

be answered fully, separately, in writing and under oath. Said responses are to be served

on undersigned counsel within the time allowed by law, pursuant to the provisions of the

Louisiana Rules of Civil Procedure. These Requests for Production are to be deemed

continuing and should Defendant obtain any other information which would add to or change

the answers supplied hereto, you are directed to give timely notice of such information and

to furnish such information to Plaintiffs without delay.

### DEFINITIONS

A.      "Person(s)" as used in this discovery includes human beings, corporations,

partnerships, associations, joint ventures, government agencies (federal, state or local) or any other

organization or entity cognizable at law, and where an employee performs some task about which

an inquiry is made in these interrogatories as part of his employment, "person(s)" includes both

the employing and employed person(s).

B.     "Document(s)" includes every writing and record of every type or description, including, but not limited to, letters, correspondence, telegrams, memos, diaries, contracts, files, notes, reports, bills, invoices, drawings, photographs, videotapes, schematics, blueprints, plans, books, manuals, recordings (mechanical, electronic, typed or written), tape recordings, transcriptions, printed, typed, or written materials of every kind (including carbon, photostatic, microfilm, or other copies of any of them), electronic data, computer data, internet data, emails, memos, network data, electronic communications and any other data compilation from which information can be obtained or translated, if necessary, by the respondent into reasonably useable form, whether in your possession subject to your control, or believed by you to exist.  If you claim any type of legal privilege, please describe the document withheld from production, the date of the document, the author, the recipient, and the reasons for claiming the privilege.

C.     "Describe" or "Identify", as used in reference to any document(s) or tangible evidence, includes stating the title or name, date, time, author of any document, the common name, manufacturer, owner and identifying number of any object, the name and address of the person(s) having possession of the original at the present time, and a statement as to whether the party responding has the original or a copy, In identifying a document or any tangible evidence that once was, but no longer is, in the possession of or subject to the control of the party responding, state what disposition was made of the said document or tangible evidence.

D.     A request to "Identify" person(s) requires you to give the person's name, job title, social security number, telephone number, and present address, if known, or last known address, the name and address of his or her employer, and the name and address of any counsel representing him or her in connection with the matters at issue in this case. With respect to a person that you do not have such information about, but who you can give a physical description of, please do so, stating at least his or her race, sex, approximate age, approximate height, length of hair, color of hair, any distinguishing features (such as a beard, a moustache, glasses, any unusual mark or apparent disability or disfigurement, etc.), and clothing worn when you last saw him or her (stating when that was).

E.     The "Accident" is the accident and injury/damage which is described in plaintiff's Petition for Damages.

F.     "Casino" means the gaming/gambling facility located at the foot of Canal Street, New Orleans, Louisiana known as the "Harrah's Casino".

**REQUEST FOR PRODUCTION NO. 1**

All documents reviewed and/or referenced by you to respond to or otherwise answer the Interrogatories issued to you.

**REQUEST FOR PRODUCTION NO. 2**

All Documents disclosing all owners and operators of the Casino.

**REQUEST FOR PRODUCTION NO. 3**

All accident or incident reports relating to and/or concerning the Accident.

**REQUEST FOR PRODUCTION NO. 4**

All documents relating to and/or concerning any repairs, remodeling, fixes, mending, restoration, or work being performed on the premises of the Casino on the day of the Accident.

**REQUEST FOR PRODUCTION NO. 5**

All witness statements relating to and/or concerning the Accident.

**REQUEST FOR PRODUCTION NO. 6**

All expert reports relating to and/or concerning the Accident.

**REQUEST FOR PRODUCTION NO. 7**

All accident and/or incident reports for the five (5) years preceding the Accident relating to and/or concerning any accidents that have occurred at the Casino.

**REQUEST FOR PRODUCTION NO. 8**

All maintenance and repair documents and records relating to and/or concerning the Casino from 2017 until the present.

**REQUEST FOR PRODUCTION NO. 9**

Any documents that you may introduce or use at the trial of this case.

**REQUEST FOR PRODUCTION NO. 10**

All documents describing the legal relationship by and/or between all of the named Defendants.

**REQUEST FOR PRODUCTION NO. 11**

All documents showing the names of employees that were on the premises of the Casino on the day of the Accident.

**REQUEST FOR PRODUCTION NO. 12**

All photographs, videos and documents showing any barricades or the cordoning off of the area around the Accident area prior to the Accident.

**REQUEST FOR PRODUCTION NO. 13**

All documents relating to and/or concerning the video and photographic equipment on the premises on the day of the Accident.

**REQUEST FOR PRODUCTION NO. 14**

All documents concerning and/or relating to any investigation into the cause of the Accident conducted by you or anyone on your behalf.

**REQUEST FOR PRODUCTION NO. 15**

Any materials and documents showing the location of each camera on the premises at the time of the Accident.

**REQUEST FOR PRODUCTION NO. 16**

Any photographs of the Casino showing or depicting the interior of the facility.

**REQUEST FOR PRODUCTION NO. 17**

All documents that discuss where the electrical cord that was on the floor at the time of the Accident came from.

**REQUEST FOR PRODUCTION NO. 18**

All documents and warning materials that had been placed to warn patrons of the presence of the electrical cord.

**REQUEST FOR PRODUCTION NO. 19**

All insurance policies that provided you with liability insurance to any of the Defendants, including all excess and umbrella policies for the years 2016, 2017, and 2018.

**REQUEST FOR PRODUCTION NO. 20**

All photographs and videos showing and/or depicting the Accident.

**REQUEST FOR PRODUCTION NO. 21**

All photographs and videos of the inside of the Casino on the day of the Accident.

**REQUEST FOR PRODUCTION NO. 22**

All photographs and videos showing and/or depicting the area where the Accident occurred on the day of the accident.

REQUEST FOR PRODUCTION NO. 23

All documents disclosing or indicating the name of any person, contractor, subcontractor, company, corporation, or other entity that was involved in any way with the electrical cord shown in Exhibit "1" attached hereto.

RESPECTFULLY SUBMITTED,

James J. Carter, Esq. (LSBA #26841)
*JAMES CARTER & ASSOCIATES, LLC*
1100 Poydras Street, Suite 1160
New Orleans, Louisiana 70163
Telephone: (504) 324-4400
Facsimile: (504) 302-4299
Email: jcarter@jamescarterlawfirm.com

-and-

Edward D. Markle, Esq. (LSBA #8919)
*MARKLE & ASSOCIATES, APLC*
3506 Washington Ave., Suite F
Gulfport, Mississippi 39507
Telephone: 504-388-5848
Email: emarkle@msn.com

ATTORNEYS FOR PLAINTIFFS





ATTORNEY'S NAME:  Carter, James J 26841
AND ADDRESS:     1100 Poydras Street, Suite 1475 , New Orleans, LA 70163

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2019-12397 | DIVISION: N | SECTION: 08 |
|---|---|---|

### ROMANO, CHERYL  ET AL

**Versus**

### JAZZ CASINO COMPANY, LLC  ET AL

### CITATION

TO:       CAESARS RESORT COLLECTION, LLC

THROUGH:  ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY

          501 LOUISIANA AVE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)
days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA December 5, 2019

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by _____**
**Barbara Gaude, Deputy Clerk**

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS | PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS |
| ON  CAESARS RESORT COLLECTION, LLC | ON  CAESARS RESORT COLLECTION, LLC |
| THROUGH:  ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said CAESARS RESORT COLLECTION, LLC being absent from the domicile at time of said service. |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER            RETURN | Deputy Sheriff of _____ |
| ___/_____/_____ | |
| SERIAL NO.    DEPUTY    PARISH | |

---

ID: 10360242                    Page 1 of 1

ATTORNEY'S NAME:  Carter, James J 26841
AND ADDRESS:  1100 Poydras Street, Suite 1475 , New Orleans, LA 70163

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2019-12397                  DIVISION: N                  SECTION: 08

ROMANO, CHERYL  ET AL

### Versus

### JAZZ CASINO COMPANY, LLC  ET AL

### CITATION

TO:           CAESARS ENTERPRISE SERVICES, LLC

THROUGH:      ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY

501 LOUISIANA AVE, BATON ROUGE, LA 70802

## YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)
days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA December 5, 2019

Clerk's Office, Room 402, Civil Courts          CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                               The Civil District Court
New Orleans, LA                                 for the Parish of Orleans
                                                State of LA
                                                by _____
                                                **Barbara Gaude, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| **PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS** | **PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS** |
| ON  CAESARS ENTERPRISE SERVICES, LLC | ON  CAESARS ENTERPRISE SERVICES, LLC |
| THROUGH:  ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH:  ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said CAESARS ENTERPRISE SERVICES, LLC being absent from the domicile at time of said service. |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER              RETURN | Deputy Sheriff of _____ |
| _____ / _____        _____ / _____ | |
| SERIAL NO.      DEPUTY        PARISH | |

ATTORNEY'S NAME:   Carter, James J 26841
AND ADDRESS:   1100 Poydras Street, Suite 1475 , New Orleans, LA 70163

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2019-12397 | DIVISION: N | SECTION: 08 |
|---|---|---|

### ROMANO, CHERYL  ET AL

#### Versus

### JAZZ CASINO COMPANY, LLC  ET AL

### CITATION

TO:   CEASARS ENTERTAINMENT OPERATING COMPANY, INC.

THROUGH:   ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY

501 LOUISIANA AVE, BATON ROUGE, LA 70802

## YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA December 5, 2019

| Clerk's Office, Room 402, Civil Courts | CHELSEY RICHARD NAPOLEON, Clerk of |
|---|---|
| 421 Loyola Avenue | The Civil District Court |
| New Orleans, LA | for the Parish of Orleans |
| | State of LA |
| | by _____ |
| | Barbara Gaude, Deputy Clerk |

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS | PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS |
| ON CEASARS ENTERTAINMENT OPERATING COMPANY, INC. | ON CEASARS ENTERTAINMENT OPERATING COMPANY, INC. |
| THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CEASARS ENTERTAINMENT OPERATING COMPANY, INC. being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| / ENTERED / | Returned the same day |
| PAPER          RETURN | _____ No. _____ |
| ____/____          ____/____ | Deputy Sheriff of _____ |
| SERIAL NO.    DEPUTY    PARISH | |

ATTORNEY'S NAME:   Carter, James J 26841
AND ADDRESS:       1100 Poydras Street, Suite 1475 , New Orleans, LA 70163

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2019-12397                DIVISION: N               SECTION: 08

ROMANO, CHERYL ET AL

### Versus

### JAZZ CASINO COMPANY, LLC ET AL

### CITATION

TO:          CAESARS ENTERTAINMENT, INC.

THROUGH:     ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY

             501 LOUISIANA AVE, BATON ROUGE, LA 70802

## YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the

Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)

days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA December 5, 2019

Clerk's Office, Room 402, Civil Courts     CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                          The Civil District Court
New Orleans, LA                            for the Parish of Orleans
                                           State of LA
                                           by _____
                                           Barbara Gaude, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS | PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS |
| ON CAESARS ENTERTAINMENT, INC. | ON CAESARS ENTERTAINMENT, INC. |
| THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said CAESARS ENTERTAINMENT, INC. being absent from the domicile at time of said service. |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER            RETURN | Deputy Sheriff of _____ |
| ____/_____/_____ | |
| SERIAL NO.    DEPUTY    PARISH | |

ATTORNEY'S NAME:   Carter, James J 26841
AND ADDRESS:        1100 Poydras Street, Suite 1475 , New Orleans, LA 70163

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2019-12397                    **DIVISION: N**                    **SECTION: 08**

### ROMANO, CHERYL  ET AL

#### Versus

### JAZZ CASINO COMPANY, LLC  ET AL

### CITATION

TO:           CAESARS LICENSE COMPANY LLC

THROUGH:   ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY

501 LOUISIANA AVE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the

Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)

days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA December 5, 2019**

**Clerk's Office, Room 402, Civil Courts**          **CHELSEY RICHARD NAPOLEON, Clerk of**
**421 Loyola Avenue**                               **The Civil District Court**
**New Orleans, LA**                                 **for the Parish of Orleans**
                                                    **State of LA**
                                                    **by** _____
                                                    **Barbara Gaude, Deputy Clerk**

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| **PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS** | **PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS** |
| ON  CAESARS LICENSE COMPANY LLC | ON  CAESARS LICENSE COMPANY LLC |
| THROUGH:  ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH:  ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose |
| Deputy Sheriff of _____ | name and other facts connected with this service I learned by interrogating |
| Mileage: $ _____ | HIM/HER the said CAESARS LICENSE COMPANY LLC being absent from the domicile at time of said service. |
| _____ / ENTERED / _____ | Returned the same day |
| PAPER          RETURN | _____ No. _____ |
| _____/_____          _____/_____ | Deputy Sheriff of _____ |
| SERIAL NO.     DEPUTY     PARISH | |

ATTORNEY'S NAME:   Carter, James J 26841
AND ADDRESS:      1100 Poydras Street, Suite 1475 , New Orleans, LA 70163

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2019-12397 | DIVISION: N | SECTION: 08 |
|---|---|---|

### ROMANO, CHERYL ET AL

#### Versus

### JAZZ CASINO COMPANY, LLC ET AL

### CITATION

TO:          CEOC, LLC

THROUGH:   ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY

              501 LOUISIANA AVE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the

Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)

days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA December 5, 2019**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by**  _____
**Barbara Gaude, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| **PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS** | **PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS** |
| ON CEOC, LLC | ON CEOC, LLC |
| THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CEOC, LLC being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER       RETURN | Deputy Sheriff of _____ |
| ____/_____/____ | |
| SERIAL NO.   DEPUTY   PARISH | |

ATTORNEY'S NAME:   Carter, James J 26841
AND ADDRESS:          1100 Poydras Street, Suite 1475 , New Orleans, LA 70163

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2019-12397 | DIVISION: N | SECTION: 08 |
|---|---|---|

### ROMANO, CHERYL  ET AL

**Versus**

### JAZZ CASINO COMPANY, LLC  ET AL

### CITATION

TO:   HARRAH'S NEW ORLEANS MANAGEMENT COMPANY, LLC

THROUGH:   ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY

501 LOUISIANA AVE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the

Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)

days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA December 5, 2019**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** _____
**Barbara Gaude, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| **PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS** | **PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS** |
| ON  HARRAH'S NEW ORLEANS MANAGEMENT COMPANY, LLC | ON  HARRAH'S NEW ORLEANS MANAGEMENT COMPANY, LLC |
| THROUGH:  ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH:  ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said HARRAH'S NEW ORLEANS MANAGEMENT COMPANY, LLC being absent from the domicile at time of said service. |
| _____ No. _____ | Returned the same day |
| Deputy Sheriff of _____ | _____ No. _____ |
| Mileage: $ _____ | Deputy Sheriff of _____ |
| _____ / ENTERED / _____ | |
| PAPER       RETURN | |
| ____ / ____       ____ / ____ | |
| SERIAL NO.       DEPUTY       PARISH | |

ATTORNEY'S NAME:   Carter, James J 26841
AND ADDRESS:      1100 Poydras Street, Suite 1475 , New Orleans, LA 70163

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2019-12397 | DIVISION: N | SECTION: 08 |
|---|---|---|
| | ROMANO, CHERYL  ET AL | |

**Versus**

### JAZZ CASINO COMPANY, LLC  ET AL

### CITATION

TO:          HARRAH'S NEW ORLEANS CASINO

THROUGH:    ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY

               501 LOUISIANA AVE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)
days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA December 5, 2019**

| | |
|---|---|
| **Clerk's Office, Room 402, Civil Courts**<br>**421 Loyola Avenue**<br>**New Orleans, LA** | **CHELSEY RICHARD NAPOLEON, Clerk of**<br>**The Civil District Court**<br>**for the Parish of Orleans**<br>**State of LA**<br>**by** _____<br>**Barbara Gaude, Deputy Clerk** |

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| **PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS** | **PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS** |
| ON  **HARRAH'S NEW ORLEANS CASINO** | ON  **HARRAH'S NEW ORLEANS CASINO** |
| THROUGH:  ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day<br>_____ No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of<br>_____ a person of suitable age and |
| Deputy Sheriff of _____ | discretion residing therein as a member of the domiciliary establishment, whose<br>name and other facts connected with this service I learned by interrogating |
| Mileage: $ _____ | HIM/HER the said **HARRAH'S NEW ORLEANS CASINO** being absent from<br>the domicile at time of said service. |
| _____ / ENTERED / _____ | Returned the same day |
| PAPER       RETURN | _____ No. _____ |
| _____/_____/_____ | Deputy Sheriff of _____ |
| SERIAL NO.   DEPUTY   PARISH | |

ATTORNEY'S NAME:   Carter, James J 26841
AND ADDRESS:       1100 Poydras Street, Suite 1475 , New Orleans, LA 70163

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2019-12397 | DIVISION: N | SECTION: 08 |
|---|---|---|

### ROMANO, CHERYL  ET AL

#### Versus

### JAZZ CASINO COMPANY, LLC  ET AL

#### CITATION

TO:        JCC HOLDING COMPANY II, LLC

THROUGH:   ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY

           501 LOUISIANA AVE, BATON ROUGE, LA 70802

#### YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15)
days after the service hereof under penalty of default.

#### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans
Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New
Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast
Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA December 5, 2019

Clerk's Office, Room 402, Civil Courts          CHELSEY RICHARD NAPOLEON, Clerk of
421 Loyola Avenue                               The Civil District Court
New Orleans, LA                                 for the Parish of Orleans
                                                State of LA
                                                by _____
                                                Barbara Gaude, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS | PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS |
| ON JCC HOLDING COMPANY II, LLC | ON JCC HOLDING COMPANY II, LLC |
| THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose |
| Deputy Sheriff of _____ | name and other facts connected with this service I learned by interrogating HIM/HER the said JCC HOLDING COMPANY II, LLC being absent from the |
| Mileage: $ _____ | domicile at time of said service. |
| | Returned the same day |
| _____ /ENTERED /_____ | _____ No. _____ |
| PAPER              RETURN | Deputy Sheriff of _____ |
| _____/_____        _____/_____ | |
| SERIAL NO.   DEPUTY      PARISH | |

ID: 10360234                              Page 1 of 1

ATTORNEY'S NAME:   Carter, James J 26841
AND ADDRESS:   1100 Poydras Street, Suite 1475 , New Orleans, LA 70163

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2019-12397       **DIVISION: N**       SECTION: 08

### ROMANO, CHERYL ET AL

#### Versus

### JAZZ CASINO COMPANY, LLC ET AL

#### CITATION

TO:     JAZZ CASINO COMPANY, LLC

THROUGH:     ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY

501 LOUISIANA AVE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

#### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA December 5, 2019**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** _____
**Barbara Gaude, Deputy Clerk**

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS | PETITION FOR DAMAGES, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS |
| ON JAZZ CASINO COMPANY, LLC | ON JAZZ CASINO COMPANY, LLC |
| THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY | THROUGH: ITS AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICE COMPANY |
| Returned the same day _____ No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said JAZZ CASINO COMPANY, LLC being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | Returned the same day _____ No. _____ |
| Mileage: $ _____ | Deputy Sheriff of _____ |
| _____ / ENTERED / _____ | |
| PAPER    RETURN | |
| _____ / _____ / _____ | |
| SERIAL NO.  DEPUTY  PARISH | |